IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DANIEL JAMES,

    Plaintiff,                                  Civil Case No. 15-C-983

v.

FAITH TECHNOLOGIES, INC,

    Defendant.

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised is in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**SO ORDERED** this 2nd day of November, 2015.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
U.S. District Court - WIED